FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2018 JUN -6 PM 2:36

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

| | |
|---|---|
| CREIGHTON BAYER, ) | CIVIL ACTION FILE |
| Plaintiff, ) | CASE NO.: 3:18-cv-727-J-39MCR |
| vs. ) | |
| USAA CASUALTY INSURANCE COMPANY, ) | |
| Defendant. ) | |

## DEFENDANT USAA CASUALTY INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Defendant USAA Casualty Insurance Company ("USAA CIC") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 files a Notice of Removal to this Court of the above-captioned matter from the Fourth Judicial Circuit, Duval County, Florida. In support of the removal of this action, Defendant USAA CIC states as follows:

1. Plaintiff Creighton Bayer ("Plaintiff") filed a civil action against USAA CIC in the Circuit Court for Duval County, Florida, Case No.: 2018-CA-002188, for alleged injuries arising out of a motor vehicle accident that occurred in Duval County, Florida on July 6, 2017. In the Amended Complaint Plaintiff asserts a claim for uninsured/underinsured motorist benefits.

2. Defendant USAA CIC removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. This civil action is between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiff and Defendant are diverse in citizenship.

4. Plaintiff is a citizen of Palm Beach County, Florida.

02612711

5. Defendant USAA CIC is a foreign corporation, incorporated under the laws of Texas with its principal place of business in San Antonio, Texas.

6. Accordingly, for the purpose of determining whether diversity jurisdiction exists, Defendant is a citizen of Texas. 28 U.S.C. §1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

7. Based on Plaintiff's allegations contained in their Amended Complaint, the amount in controversy exceeds $75,000.00, exclusive of costs and interests. Plaintiff's Amended Complaint alleges Plaintiff has suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money in the future and the aggravation of previously existing condition. Plaintiff also alleges the losses are either permanent or continuing and the Plaintiff will suffer the losses in the future. (Compl. ¶7).

8. Medical bills[1] provided to date reflect Plaintiff's medical expenses exceed $99,000.00.

9. Service of Defendant USAA CIC occurred on May 24, 2018. As such, Defendant timely files this Notice of Removal within 30 days. 28 U.S.C. §1446(b); Fed. R. Civ. P. 6(a)(1).

10. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C. § 1441(a).

11. Copies of all process, pleadings, and Orders served upon Defendant are filed concurrently with this Notice of Removal as required by 28 U.S.C. §1446(a). **Exhibit A.**

12. Pursuant to 28 U.S.C. §1446(b), the Defendant served written notice on the Plaintiff of

---

[1] Plaintiff's medical bills contain confidential medical information and therefore are not attached to the Notice. However, upon request for the Court, Defendant can provide portions of Plaintiff's medical bills in its possession.

02612711

this Notice of Removal. The Defendant filed and served a true and correct copy of the Notice of Filing Notice of Removal with the State Court as required by 28 U.S.C. §1446(d). **Exhibit B.**

13. Defendant has submitted herewith a filing fee of $400.00.

WHEREFORE, Defendant USAA CIC respectfully requests that this Court accept the removal of this action from State Court.

**BOYD & JENERETTE, P.A.**

*/s/ Billie Jo Taylor*

---

BILLIE JO TAYLOR
Florida Bar No. 57613
**TRIAL COUNSEL**
BOYD & JENERETTE, P.A.
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
btaylor@boydjen.com
(904) 353-6241
(904) 493-5655 (facsimile)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Adam E. Miller, Esq., Miller Law Group, P.A., 1937 E. Atlantic Blvd., Suite 204, Pompano Beach, FL 33060, litigation@millerlaw.legal (Attorneys for Plaintiff), via Electronic Mail, this June 6, 2018

**BOYD & JENERETTE, P.A.**

*/s/ Bilie Jo Taylor*

---

BILLIE JO TAYLOR
Florida Bar No. 57613
**TRIAL COUNSEL**
BOYD & JENERETTE, P.A.
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
btaylor@boydjen.com
(904) 353-6241
(904) 493-5655 (facsimile)
*Attorneys for Defendant*

02612711