



EXHIBIT A

Filing # 70516612 E-Filed 04/10/2018 04:24:35 PM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

CREIGHTON BAYER,

    Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

**USAA GENERAL INDEMNITY COMPANY**
c/o Florida Chief Financial Officer as Registered Agent
Service of Process Section
P.O. Box 6200
Tallahassee, FL 32314-6200

    Each Defendant is required to serve written defenses to the Complaint or Petition on Adam E. Miller, Esq., Plaintiff's attorney, whose address is 1937 East Atlantic Boulevard, Suite 204, Pompano Beach, Florida 33060, within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    DATED on ___Apr 11___, 2018.

ADAM E. MILLER, ESQ.
Plaintiff's Attorney
Florida Bar No. 80713
MILLER LAW GROUP, P.A.
1937 East Atlantic Boulevard, Suite 204
Pompano Beach, Florida 33060
Telephone: (954)972-8011
Telefax: (954)782-3636
Primary E-Mail: litigation@millerlaw.legal

RONNIE FUSSELL
Clerk of the Court



BY: _____
    As Deputy Clerk

Filing # 70516612 E-Filed 04/10/2018 04:24:35 PM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

CREIGHTON BAYER,

    Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

The Plaintiff, CREIGHTON BAYER, by and through his undersigned attorney, sues the Defendant, USAA GENERAL INDEMNITY COMPANY, and alleges as follows:

1. That this is an action for damages that exceed Fifteen Thousand ($15,000.00) Dollars.

2. That at all times material hereto, the Plaintiff, CREIGHTON BAYER (hereinafter referred to as "BAYER"), was a resident of Palm Beach County, Florida and is otherwise sui juris.

3. That at all times material hereto, the Defendant, USAA GENERAL INDEMNITY COMPANY (hereinafter referred to as "USAA"), was and still is a foreign corporation authorized to do and doing business in Duval County, Florida, as an insurance company.

4. That at all times material hereto, Craig Bayer, purchased a policy of motor vehicle insurance in Duval County, Florida, from Defendant, USAA. USAA GENERAL INDEMNITY COMPANY, issued and delivered to Plaintiff a written motor vehicle insurance policy, policy number 015602786C71024, which would inure to Plaintiff's benefit. Plaintiff, BAYER, does not

1

have in his possession a copy of said policy of insurance, and therefore, said insurance policy is not attached hereto as an exhibit. Plaintiff further believes that Defendant, USAA, has a copy of the subject policy of insurance in its possession.

5. That on or about 7/6/2017, BAYER operated a motor vehicle owned by Craig Bayer and being driven with his consent in Duval County Jacksonville, Florida.

6. That at the aforesaid time and place, a vehicle being operated by the underinsured driver, Kylie Kerins negligently operated and/or maintained his motor vehicle so that it collided with the rear of the vehicle which Plaintiff, BAYER, was operating.

7. That as a direct and proximate result of Kylie Kerins's aforesaid negligence, Plaintiff, BAYER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

8. That at all times material hereto, Kylie Kerins, had purchased motor vehicle insurance issued by Progressive Insurance Company policy number 21128290-1 but failed to purchase sufficient bodily injury insurance coverage. Thus, Kylie Kerins is underinsured to fully compensate Plaintiff, BAYER, for his aforesaid injuries and damages.

9. That the aforesaid policy of insurance issued by Defendant, USAA, to Craig Bayer, contained underinsured/uninsured motorist coverage which provided Plaintiff, BAYER, underinsured/uninsured motorist benefits with limits of $300,000.00 coverage.

10. That Plaintiff, BAYER, demanded USAA to tender the underinsured/uninsured motorist benefits and USAA refused to pay the insurance benefits pursuant to the terms of the aforesaid insurance policy.

11. That as a direct and proximate result of Kylie Kerins being underinsured for Plaintiff, BAYER's, injuries and damages and USAA's breach of the aforesaid insurance policy; Plaintiff, BAYER, is entitled to the benefits of underinsured/uninsured motorist coverage set forth in the subject policy of insurance for Plaintiff's aforesaid injuries and/or damages sustained in the aforedescribed motor vehicle accident.

12. All conditions precedent to the institution of this action have been performed by Plaintiff, BAYER, or said conditions have been waived by Defendant, USAA.

WHEREFORE, Plaintiff, CREIGHTON BAYER, demands judgment against the Defendant, USAA GENERAL INDEMNITY COMPANY, for compensatory damages in excess of Fifteen Thousand Dollars ($15,000.00), in addition to taxable costs. Plaintiff further demands trial by jury for all issues triable as of right by jury.

DATED this 10th day of April, 2018.

    MILLER LAW GROUP, P.A.
    *Attorneys for the Plaintiff*
    1937 East Atlantic Boulevard, Suite 204
    Pompano Beach, Florida 33060
    Telephone: (954)972-8011
    Telefax: (954)782-3636
    Primary E-Mail: litigation@millerlaw.legal

    */s/ Adam E. Miller*
By: _____
    ADAM E. MILLER
    Florida Bar No. 80713



**RONNIE FUSSELL**

**RECEIPT**
3165944

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
04/11/2018 09:10
Page 1 of 1

| Receipt Number: 3165944 - Date 04/11/2018  Time 9:10AM | | | |
|---|---|---|---|
| Received of: | Adam E. Miller<br>1937 East Atlantic Boulevard<br>Suite 204<br>Pompano Beach, FL 33060 | | |
| Cashier Name: | EFile | Balance Owed: | 411.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | 411.00 |
| Receipt ID: | 6431103 | Remaining Balance: | 0.00 |
| Division: | CV-D(Circuit) | | |
| Case# 16-2018-CA-002188-XXXX-MA -- PLAINTIFF: BAYER, CREIGHTON | | | |
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| Case Total | 411.00 | 411.00 | 0.00 |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 21221927 | 411.00 |
| Total Received | | 411.00 |
| Total Paid | | 411.00 |

## The clerk of courts is here to help you.

| We can be found online at: | WWW.DUVALCLERK.COM |
|---|---|
| The main courthouse Location is: | Clerk of the Circuit and County Courts<br>Duval County, Florida<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | Neptune Beach Courthouse Annex<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-002188-XXXX-MA
Division: CV-D

CREIGHTON BAYER,

    Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.
_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT

The Plaintiff, CREIGHTON BAYER, by and through his undersigned attorney, pursuant to Rule 1.350, Rules of Civil Procedure, requests the Defendant, USAA GENERAL INDEMNITY COMPANY, to produce the following items:

1. A copy of any and all insurance policies that were in force and effect on 7/6/2017 which would inure to the benefits of CREIGHTON BAYER.

2. Any and all photographs taken by the Defendant, showing the extent of damage to any of the vehicles involved in the accident.

3. Any and all photographs taken by the Defendant of the scene of the accident.

4. Any all estimates of repair or statements concerning the nature and extent of damage to any of the vehicles involved in the accident.

5. Any and all writings, memorandums, notes, or other materials reflecting examination by the Defendant of any of the vehicles involved in the accident.

6. Any and all records reflecting the towing of any vehicles involved in the accident from the scene of the accident.

7.     Any and all statements, oral and/or written taken by Defendant of the Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is to be served with the Complaint and Summons upon the Defendant.

MILLER LAW GROUP, P.A.
1937 East Atlantic Boulevard, Suite 204
Pompano Beach, Florida 33060
Telephone: (954)972-8011
Telefax: (954)782-3636
Primary E-Mail: litigation@millerlaw.legal

By: */s/ Adam E. Miller*
ADAM E. MILLER
Florida Bar No. 80713

Filing # 71201320 E-Filed 04/25/2018 10:06:12 AM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-002188-XXXX-MA

CREIGHTON BAYER,

    Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.
_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW, the Plaintiff, CREIGHTON BAYER, by and through his undersigned attorney, pursuant to Rule 1.370, Florida Rules of Civil Procedure, and demands that the Defendant, USAA GENERAL INDEMNITY COMPANY, answer this Request for Admissions. Please admit:

1. That KYLIE KERINS was negligent in the operation of her vehicle when he/she impacted into the Plaintiff's vehicle on 7/6/2017.

2. That KYLIE KERINS was the sole cause of the 7/6/2017 motor vehicle accident involving the impact with the Plaintiff's vehicle.

3. That the actions of the Plaintiff, CREIGHTON BAYER, were not a contributing cause to the 7/6/2017 accident.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is to be served with the Complaint and Summons upon the Defendant.

> LAW OFFICES OF
> MILLER LAW GROUP, P.A.
> 1937 East Atlantic Boulevard, Suite 204
> Pompano Beach, Florida 33060
> Telephone: (954)972-8011
> Telefax: (954)782-3636
> Primary E-Mail: litigation@millerlaw.legal
>
> By: */s/ Adam E. Miller*
> ADAM E. MILLER
> Florida Bar No. 80713

Filing # 71201320 E-Filed 04/25/2018 10:06:12 AM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-002188-XXXX-MA

CREIGHTON BAYER,

    Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT

The Plaintiff, CREIGHTON BAYER, by and through his undersigned attorney, hereby propounds the attached Interrogatories to Defendant, USAA GENERAL INDEMNITY COMPANY, pursuant to Rule 1.340, Rules of Civil Procedure to be answered within forty-five (45) days from the date of Service of Process.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is to be served with the Complaint and Summons upon the Defendant.

    MILLER LAW GROUP, P.A.
    1937 East Atlantic Boulevard, Suite 204
    Pompano Beach, Florida 33060
    Telephone: (954)972-8011
    Telefax: (954)782-3636
    Primary E-Mail: litigation@millerlaw.legal

    /s/ Adam E. Miller
By: _____
    ADAM E. MILLER
    Florida Bar No. 80713

Filing # 72603007 E-Filed 05/24/2018 09:48:00 AM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-002188

CREIGHTON BAYER,

    Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## AMENDED COMPLAINT FOR DAMAGES

The Plaintiff, CREIGHTON BAYER, by and through his undersigned attorney, sues the Defendant, USAA CASUALTY INSURANCE COMPANY, and alleges as follows:

1. That this is an action for damages that exceed Fifteen Thousand ($15,000.00) Dollars.

2. That at all times material hereto, the Plaintiff, CREIGHTON BAYER (hereinafter referred to as "BAYER"), was a resident of Palm Beach County, Florida and is otherwise sui juris.

3. That at all times material hereto, the Defendant, USAA CASUALTY INSURANCE COMPANY (hereinafter referred to as "USAA"), was and still is a foreign corporation authorized to do and doing business in Duval County, Florida, as an insurance company.

4. That at all times material hereto, Craig Bayer, purchased a policy of motor vehicle insurance in Duval County, Florida, from Defendant, USAA. USAA CASUALTY INSURANCE COMPANY issued and delivered to Plaintiff a written motor vehicle insurance

1

policy, policy number 015602786C71024, which would inure to Plaintiff's benefit. Plaintiff, BAYER, does not have in his possession a copy of said policy of insurance, and therefore, said insurance policy is not attached hereto as an exhibit. Plaintiff further believes that Defendant, USAA, has a copy of the subject policy of insurance in its possession.

5. That on or about 7/6/2017, BAYER operated a motor vehicle owned by Craig Bayer and being driven with his consent in Duval County Jacksonville, Florida.

6. That at the aforesaid time and place, a vehicle being operated by the underinsured driver, Kylie Kerins negligently operated and/or maintained his motor vehicle so that it collided with the rear of the vehicle which Plaintiff, BAYER, was operating.

7. That as a direct and proximate result of Kylie Kerins's aforesaid negligence, Plaintiff, BAYER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

8. That at all times material hereto, Kylie Kerins, had purchased motor vehicle insurance issued by Progressive Insurance Company policy number 21128290-1 but failed to purchase sufficient bodily injury insurance coverage. Thus, Kylie Kerins is underinsured to fully compensate Plaintiff, BAYER, for his aforesaid injuries and damages.

9. That the aforesaid policy of insurance issued by Defendant, USAA, to Craig Bayer, contained underinsured/uninsured motorist coverage which provided Plaintiff, BAYER, underinsured/uninsured motorist benefits with limits of $300,000.00 coverage.

10. That Plaintiff, BAYER, demanded USAA to tender the underinsured/uninsured motorist benefits and USAA refused to pay the insurance benefits pursuant to the terms of the aforesaid insurance policy.

11. That as a direct and proximate result of Kylie Kerins being underinsured for Plaintiff, BAYER's, injuries and damages and USAA's breach of the aforesaid insurance policy; Plaintiff, BAYER, is entitled to the benefits of underinsured/uninsured motorist coverage set forth in the subject policy of insurance for Plaintiff's aforesaid injuries and/or damages sustained in the aforedescribed motor vehicle accident.

12. All conditions precedent to the institution of this action have been performed by Plaintiff, BAYER, or said conditions have been waived by Defendant, USAA.

WHEREFORE, Plaintiff, CREIGHTON BAYER, demands judgment against the Defendant, USAA CASUALTY INSURANCE COMPANY, for compensatory damages in excess of Fifteen Thousand Dollars ($15,000.00), in addition to taxable costs. Plaintiff further demands trial by jury for all issues triable as of right by jury.

DATED this 24th day of May, 2018.

MILLER LAW GROUP, P.A.
*Attorneys for the Plaintiff*
1937 East Atlantic Boulevard, Suite 204
Pompano Beach, Florida 33060
Telephone: (954)972-8011
Telefax: (954)782-3636
Primary E-Mail: litigation@millerlaw.legal

*/s/ Adam E. Miller*
By: _____
ADAM E. MILLER
Florida Bar No. 80713

3