UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CREIGHTON BAYER,**

**Plaintiff,**

v.                                                                                   Case No.: 3:18-cv-727-J-39MCR

**USAA CASUALTY INSURANCE COMPANY,**

**Defendant.**
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 20; Stipulation) filed on March 15, 2019. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 18th day of March, 2019.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*